UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
PRIORITY PAYMENT SYSTEMS LLC,

                    Plaintiff,          Case No. 17-cv-10103-AJN

    --against--                  **NOTICE OF APPEARANCE**

REGEN MEDICAL MANAGEMENT LLC,
REGEN MEDICAL P.C., STEVEN VICTOR,
MD, NEW YORK STATE DEPARTMENT OF
LABOR, and DEPARTMENT OF THE
TREASURY,

                    Defendants.
----------------------------------------------------------------------x

      **PLEASE TAKE NOTICE,** that the undersigned attorneys hereby appear on behalf of defendants Regen Medical Management LLC, Regen Medical P.C. and Steven Victor, MD. All papers filed in this action should be served on us at the address stated below.

Dated: New York, New York
       January 3, 2018

                                    _____
                                    Stuart L. Sanders, Esq.
                                    KAZLOW & KAZLOW
                                    Attorneys for Defendants
                                    Regen Medical Management LLC,
                                    Regen Medical P.C. and Steven Victor, MD
                                    237 West 35th Street, 14th Floor
                                    New York, NY 10001
                                    Ph.: (212) 947-2900
                                    Fax: (212) 563-0629
                                    E-mail: ssanders@kazlowandkazlow.com

To:    Jeffrey J. Wild, Esq.
Frank T.M. Catalina, Esq.
LOWENSTEIN SANDLER LLP
Attorneys for Plaintiff
1251 Avenue of the Americas
New York, NY 10020

Greg Michell, Esq.
Garrett E. Land, Esq.
STANLEY ESREY & BUCKLEY, LLP
Attorneys for Plaintiff
Promenade, Suite 2400
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Eric T. Schneiderman, Esq.
Steven Koton, Esq.
NEW YORK STATE DEPARTMENT OF LAW
Attorneys for New York State Department of Labor
120 Broadway, 26th Floor
New York, NY 10271

Joon H. Kim, Esq.
Rachel L. Doud, Esq.
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, NY 10007